THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM RANDALL, Appellant, *v.* JAMES H. GOODINO et al., Composing the Board of Canvassers of the Third Voting District of the Town of Parma, Respondents.

*People ex rel. Randall* v. *Goodino*, 113 App. Div. 891, appeal dismissed.
(Argued January 8, 1907; decided January 22, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 23, 1906, which affirmed an order of Special Term denying an application for a peremptory writ of mandamus to compel the defendants to reassemble and recanvass the vote cast in the third voting district of the town of Parma at the town meeting held November 7, 1905.

*George D. Forsyth* for appellant.

*Albert H. Stearns* for respondents.

Appeal dismissed, without costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.